UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE HOWARD et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALCHEMEE, LLC et al., <br><br> Defendants. | Case No. 2:24-cv-01834-SB-BFM <br><br><br> ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION |

    Plaintiffs filed their complaint against Defendants Alchemee, LLC and Taro Pharmaceutical USA, Inc. on March 6, 2024.  Dkt. No. 1.  On March 18 and 25, 2024, Plaintiffs effectuated service on Defendants.  *See* Dkt. Nos. 13, 14.  Defendants failed to timely respond, and Plaintiffs have not sought entry of default against either Defendant.  Plaintiffs are ordered to show cause, in writing, no later than April 24, 2024, why their claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before April 24, 2024, of applications for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such applications shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims.

Date: April 16, 2024

                                            Stanley Blumenfeld, Jr.
                                            United States District Judge