# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE HOWARD et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALCHEMEE, LLC et al., <br><br> Defendants. | Case No. 2:24-cv-01834-SB-BFM <br><br><br> FINAL JUDGMENT |

    For the reasons stated in the separate order granting Defendants' motion to dismiss entered this day, Plaintiffs' claims are dismissed on the merits with prejudice.

    This is a final judgment.

Date: September 19, 2024

                                                       Stanley Blumenfeld, Jr. <br>
                                                United States District Judge